# IN THE SUPREME COURT OF THE STATE OF NEVADA

HEATHER MATTHEWS, AN INDIVIDUAL,
Appellant,
vs.
CALIFORNIA STATE UNIVERSITY, A CALIFORNIA PUBLIC ENTITY,
Respondent.

No. 79455

**FILED**

OCT 0 1 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed in this court on August 22, 2019, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within 10 days. The notice further advised that failure to pay the filing fee within 10 days would result in the dismissal of this appeal. To date, appellant has not paid the filing fee. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.[1]

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

By: _____

cc:    Hon. James E. Wilson, District Judge
       Heather Matthews
       Robison, Sharp, Sullivan & Brust
       Carson City Clerk

---

[1] In light of this order, the court will take no action on appellant's letter filed September 30, 2019.

19-40813